UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

INTERFACE SECURITY SYSTEMS, )
L.L.C., )
 )
       Plaintiff, )
 )
v. ) Case No.4:07CV369 HEA
 )
CHARLES L. MAY, TERRENCE W. )
YOUNG and JOHN DOES ONE )
THROUGH TEN, )

       Defendants.

## CONSENT JUDGMENT GRANTING PERMANENT INJUNCTIVE RELIEF

Interface commenced this action on February 22, 2007 seeking, *inter alia*, injunctive relief against Defendant Terrence W. Young ("Young") and Defendant Charles L. May for violating the Lanham Act and engaging in acts constituting trade libel. Defendant Young, appearing pro se, hereby consents to the entry of this Consent Judgment Granting Permanent Injunctive Relief.

IT IS HEREBY ORDERED that Defendant Young, and all of his agents, servants, employees and attorneys, and upon those persons in active concert with him who receive actual notice of the order by personal service or otherwise, are hereby permanently enjoined from directly or indirectly disseminating, in any manner whatsoever, statements that disparage or defame Interface and/or its employees and management by any of the following methods: (a) via e-mail; particularly, but not limited to, through the use of the following two email addresses; (1) auto454924@hushmail.com; and (2) auto85225@hushmail.com; or (b) via verbal statements; or (c) via written statements including those posted on the Internet.

APPROVED and CONSENTED TO by:

_____
Steven M. Hamburg #5313
Holly M. McIntyre #12203
SUMMERS, COMPTON, WELLS &
HAMBURG P.C.
8909 Ladue Road
St. Louis, MO 63124
Telephone: (314) 991-4999
Telecopier: (314) 991-2413

David B. Fawcett
Pa. ID No. 44494
Matthew H. Meade
PA ID No. 65508 (Pro Hac Vice)

BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Telephone: (412) 562-1417

DATED: August __, 2007

_____
Terrence W. Young
Pro se
609 Dayton
Monett, MO 65708
Telephone: (314) 308 6827
DATED: August 7, 2007

IT IS SO ORDERED:

_____
United States District Judge

2.